USDC SCAN INDEX SHEET

















ELC 9/3/99 11:07

3:99-M -02319 USA V. WOLF

*1*

*CRCMP.*

SWH

FILED
99 SEP -3 AM 10:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Magistrate's Docket No. '99 MG 2319

Case No. ______________

WOLF, Eric, now presented before
(Name of Accused)
The Honorable Cynthia C. Aaron, United States Magistrate Judge,

for arraignment and fixing of bail, has been charged by A United States

Grand Jury in the ------- District of Columbia (District Court)

at Washington, D.C., on May 28, 1999 with the

offense that on or about 02/94 thru 02/18/98 at Washington, D.C.
(Date of Offense) (Place of Offense)
in violation of United States Code, Title 21, Section 846

the accused Conspiracy to distribute and possess with intent to distribute
(Brief Statement of Offense Charged)
1,000 grams or more of cannabis.

and a bench warrant for his/her arrest was issued the same day.

Bond in the sum of None Set has been set by the United States Grand Jury in the district in which charges are pending.

Dated: September 3, 1999

Mark Drew [signature]
Name of Affiant

CI Deputy U.S. Marshal
Title

Lodged with me this 3rd day of Sept, 1999,

in lieu of certified copy of indictment against the accused.

[signature]
United States Magistrate Judge

SWH

# MAGISTRATE INFORMATION SHEET

1. Dis. Auth _____ 1A. USAO#______Ct.#______Agency #_____

2. Hg. Date______ 3. AUSA__________ 4. Mag.____________

5A. Mat. Wit.______ Cust: NO Arraign M/W Release M/W Other

5B. Eye Wit.______ 5C. Victims______(no.)

Def. # 1 of 4 s. Def Name: WOLF, ERIC Soc. Sec. # 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 Alias: ______________

Birth Date 01/18/68 Address 3015 Karnes Wy, San Diego, CA 7. Flip? Yes (No)

Charges Consp to Dist & Poss w/i to Dist 1,000 Kilograms or more of Cannabis 21USC 841(a)(1) & 21USC846

8. Arrest Date 09/03/99

Penalties__________________________Place of Arrest 3015 Karnes Wy., San Diego, CA

Agents M Drew/ D Anderson Phone#: 6830 Date Committed:_______

Agency USMS Program Category:______

9. Custody? (Yes) No 10. Citizenship? (U.S.) Mex. Other_______

11. INS Status: Res Bcc Illegal Other____________________

Prior Deports: None Prior VR's None

Prior Record: '87 conv Burglary in CT; 93 Fraud conv FL; 97 arr Inflict Corporal Inj Spouse/Cohab CA

Drug Usage: ______________________How Evidenced?_________

Cash on Def. $ 0.00 Other Evidence_________________

Agents Fact Summary: WOLF was arrested at his residence. He did not answer his door and entry was made through the garage. WOLF was the only one in the residence at the time of his arrest. WOLF was involved with supplying marijuana for transport and distribution into the Washington D.C. area over a 4 year period per the indictment.

Agents Info (Employment, Family, Etc.) Marie Wikoff (fiancé) currently in Texas; unemployed wood worker

Vehicle Seized (Describe) _________________Mat/Wit Atty:________

12. Def. Atty: Apptd Retain 13. Def. Atty. Name___________________

14. Plea: Guilty Count____ NG Nolo 15. RCD? Yes No 16. Sent._______

Con't Sent___________________ 16A. S.A. $____ 17. Dism? Ct. Govt.

18. Next Court for _____ 19. Date______ 20. Time ____and for__on__at__

21. Bond Set________________________Conditions_________

22. Pers. Info_____________________________________

23. Sentencing Guidelines:________________________________

24. Potential Forfeitures______________________________________________________

SEP. -03' 99 (FRI) 09:32 SPEC SERVICES TEL:202 273 0288 P 002

SWH

# WARRANT FOR ARREST

SEALED

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ERIC WOLF, et. al.<br><br>DOB: 1/18/68 PDID: | DOCKET NO: 99-0179-01 (GK) MAGIS. NO:<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Eric Wolf<br>5403 Soledad Mountain Road<br>La Jolla, CA 92037 |
| WARRANT ISSUED ON THE BASIS OF: Indictment | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 1,000 GRAMS OR MORE OF CANNABIS

IN VIOLATION OF: UNITED STATES CODE TITLE & SECTION: 21:846

| BAIL FIXED BY COURT: Hold Without Bond | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: U.S. MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED: 5/27/99 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: Kymberly C. Kay | DATE: MAY 28 1999 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Working File

SEALED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on February 26, 1999

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 99-0179 |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **ERIC WOLF,** | : | VIOLATIONS: 21 U.S.C. §846 |
| **JOHN CUTRI,** | : | (Conspiracy to Distribute and |
| **VICTOR WELLS,** | : | Possess with Intent to |
| **CHRISTINE MULCAHY,** | : | Distribute 1,000 Kilograms or |
| **Defendants.** | : | More of Cannabis) |

KESSLER, J. GK

MAY 27 1999

I N D I C T M E N T

The Grand Jury charges that:

COUNT ONE

From on or about February 1994 through February 19, 1998, within the District of Columbia and elsewhere, **ERIC WOLF, JOHN CUTRI, VICTOR WELLS, and CHRISTINE MULCAHY**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance and the said mixture and substance was 1,000

Case Related To 98-338-03 (GK)

kilograms or more, in violation of Sections 841(a)(1) and 841(b)(1)(A)(vii).

**(Conspiracy to Distribute and Possess with Intent to Distribute 1000 Kilograms or More of Cannibis,** in violation of Title 21, United States Code, Section 846)

A TRUE BILL:

FOREPERSON.

Wilma A. Lewis/[illegible]
Attorney for the United States in and for the District of Columbia